UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21067-CIV-SEITZ/SIMONTON

VICTOR RAMALLO,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Voluntary Notice of Dismissal [DE 10]. Because Defendant has filed an Answer [DE 6], the Court construes Plaintiff's notice as a Motion for Dismissal. *See* Fed. R. Civ. P. 41. Upon review, it is

ORDERED THAT

(1) The Plaintiff's Motion for Dismissal is GRANTED [DE 10]. The Case is DISMISSED.

(2) All motions not otherwise ruled upon are DENIED AS MOOT.

(2) The Clerk is directed to CLOSE THE CASE.

DONE and ORDERED in Miami, Florida, this 29 day of July, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Simonton
       Counsel of Record